IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TOMMY HILFIGER LICENSING LLC, CALVIN KLEIN TRADEMARK TRUST and CALVIN KLEIN, INC.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>18872828087 STORE, et al.,<br><br>　　　　　Defendants. | Case No. 22-cv-06668<br><br>**Judge Andrea R. Wood**<br><br>**Magistrate Judge Heather K. McShain** |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs Tommy Hilfiger Licensing LLC, Calvin Klein Trademark Trust, and Calvin Klein, Inc. (collectively, "Plaintiffs") hereby dismisses this action, with leave to reinstate within two hundred and Seventy (270) days, as to the following Defendant:

| Defendant Name | Line No. |
|---|---|
| FITOOM Best Choice | 119 |

Dated this 9th day of February 2023.	Respectfully submitted,

        /s/ Marcella D. Slay
        Amy C. Ziegler
        Justin R. Gaudio
        Marcella D. Slay
        Andrew D. Burnham
        Greer, Burns & Crain, Ltd.
        300 South Wacker Drive, Suite 2500
        Chicago, Illinois 60606
        312.360.0080 / 312.360.9315 (facsimile)
        aziegler@gbc.law
        jgaudio@gbc.law
        mslay@gbc.law
        aburnham@gbc.law

*Counsel for Plaintiffs Tommy Hilfiger Licensing LLC, Calvin Klein Trademark Trust and Calvin Klein, Inc.*