IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TOMMY HILFIGER LICENSING LLC, CALVIN KLEIN TRADEMARK TRUST and CALVIN KLEIN, INC., <br><br> Plaintiffs, <br><br> v. <br><br> 18872828087 STORE, et al., <br><br> Defendants. | Case No. 22-cv-06668 <br><br> **Judge Andrea R. Wood** <br><br> **Magistrate Judge Heather K. McShain** |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs Tommy Hilfiger Licensing LLC, Calvin Klein Trademark Trust, and Calvin Klein, Inc. (collectively, "Plaintiffs") hereby dismisses this action, with leave to reinstate within two hundred and Seventy (270) days, as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| KAMB Official Store | 17 |
| YuQinfenQQ | 108 |
| microdeer.com | 128 |

Dated this 16th day of February 2023.   Respectfully submitted,

/s/ Marcella D. Slay
Amy C. Ziegler
Justin R. Gaudio
Marcella D. Slay
Andrew D. Burnham
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
mslay@gbc.law
aburnham@gbc.law

*Counsel for Plaintiffs Tommy Hilfiger Licensing LLC, Calvin Klein Trademark Trust and Calvin Klein, Inc.*